**Opinion issued November 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00321-CV**

————————————

**JOHN WHIGHAM AND SCAFFOLD SOLUTIONS, INC., Appellants**

**V.**

**PAUL CARPENTER D/B/A ICE EXPRESS LLC, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-34833**

## MEMORANDUM OPINION

This appeal was previously abated for mediation. Appellants have now filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.